1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10    JOWELL FINLEY,

11              Plaintiff,                    No. CIV S-07-2344 FCD EFB P

12        vs.

13    R. L. GRIGGS, et al.,

14              Defendants.              ORDER

15    _____/

16        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17    U.S.C. § 1983. On May 29, 2009, the court found that plaintiff stated claims against ten

18    defendants, including defendants R. Terrazas and C. Orrick.  However, through clerical

19    oversight, the court directed plaintiff to submit materials for service of process on only eight

20    defendants.[1]  The court overlooked defendants R. Terrazas and C. Orrick.  On June 9, 2009,

21    plaintiff notified the court of this oversight.

22        Accordingly, it hereby is ordered that:

23        1.  Service is appropriate for defendants R. Terrazas and C. Orrick;

24    ////

25    _____

26        [1]  Plaintiff has submitted the documents necessary to effect service of process on all
      defendants except R. Terrazas and C. Orrick.

                                              1

2.  The Clerk of the Court shall send plaintiff two USM-285 forms and an instruction sheet;

3.  Within 20 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the completed USM-285 forms.

4.  Upon receipt of the necessary materials, the court will direct the United States Marshal to serve defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.  Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated:  June 24, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOWELL FINLEY,

11            Plaintiff,                    No. CIV S-07-2344 FCD EFB P

12        vs.

13   R. L. GRIGGS,

14            Defendants.            NOTICE OF SUBMISSION OF DOCUMENTS

15   _____/

16        Plaintiff hereby submits the following documents in compliance with the court's order

17   filed _____:

18            ___0___        completed summons form

19            ___2___        completed forms USM-285

20            ___0___        copies of the ___November 17, 2008_____
                                           First Amended Complaint
21

22   Dated:

23                                    _____
                                               Plaintiff
24

25

26

                                           3