IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOWELL FINLEY,

      Plaintiff,                  No. CIV S-07-2344 FCD EFB P

    vs.

R.L. GRIGGS, et al.,

                                <u>ORDER</u>

      Defendants.
_____/

On August 31, 2010, the parties were directed to submit their settlement statements within 30 days. The elapsed time has passed and neither party has submitted a settlement statement. It appears that neither party is interested in settling the case.

Accordingly, it is hereby ORDERED that within 30 days of the date of this order, plaintiff shall file and serve his final pretrial statement and any motions necessary to obtain the attendance of witnesses at trial. Defendants shall file their final pretrial statement not later than thirty days after the filing of plaintiff's statement.

Dated: October 20, 2010.

                            EDMUND F. BRENNAN
                            UNITED STATES MAGISTRATE JUDGE