IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOWELL FINLEY,

      Plaintiff,                                    No. CIV S-07-2344 FCD EFB P

     vs.

R.L. GRIGGS, et al.,

      Defendants.                             <u>ORDER</u>

_____/

      Plaintiff is a prisoner proceeding without counsel with an action under 42 U.S.C. § 1983. Pursuant to the waivers of disqualification filed by all parties in the case, a Settlement Conference is now set before the undersigned on April 7, 2011, at 10:00 a.m. in Courtroom No. 24. Plaintiff is to participate by video conference from the institution. A separate writ of habeas corpus ad testificandum will issue forthwith.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. This case is set for a settlement conference before the undersigned on April 7, 2011, at 10:00 a.m. at the U.S. District Court, 501 I Street, Sacramento, California 95814 in Courtroom #24.

      2. Parties are to appear with full settlement authority.

////

1

3. The parties are to provide confidential settlement conference statements to Sujean Park, 501 I Street, Suite 4-200, Sacramento, California 95814, or via email at spark@caed.uscourts.gov, so they arrive no later than March 31, 2011.

DATED: March 8, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE