# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

JOWELL FINLEY,

        Plaintiff,           No. CIV S-07-2344 FCD EFB P

  vs.

R.L. GRIGGS, et al.,

                           **ORDER & WRIT OF HABEAS CORPUS**
        Defendants.        **AD TESTIFICANDUM**

        Jowell Finley, inmate # E-06421, a necessary and material witness in a settlement conference in this case, is confined in Centinela State Prison, 2302 Brown Road, Imperial, California 92251, in the custody of the Warden. In order to secure this inmate's attendance a Writ of Habeas Corpus ad Testificandum must issue commanding the custodian to produce the inmate before Magistrate Judge Edmund F. Brennan. The inmate shall appear from the institution by video conference at the U. S. District Court, Courtroom #24, 501 I Street, Sacramento, California 95814, on Thursday, April 7, 2011 at 10:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference by video conference at the time and place above, until completion of the settlement conference or as ordered by Judge Edmund F. Brennan; and

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Centinela State Prison, P. O. Box 731, Imperial, California 92251:**

        We ORDER you to produce the inmate named above to testify before the undersigned by video conference at the time and place above, until completion of the settlement conference or as otherwise ordered by the court.

        Further, we ORDER you to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

DATED: March 8, 2011.

                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE