IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOWELL FINLEY,

      Plaintiff,                              No. CIV S-07-2344 KJM EFB P

    vs.

R.L. GRIGGS, et al.,

      Defendants.                       ORDER

_____/

        On December 6, 2010 and February 3, 2011, plaintiff filed requests for reconsideration of the magistrate judge's order filed November 10, 2010 denying plaintiff's motion for appointment of counsel. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that the magistrate judge's ruling was not clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed November 10, 2010 is affirmed.

DATED: March 22, 2011.

                                                      UNITED STATES DISTRICT JUDGE