IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOWELL FINLEY,

     Plaintiff,                         No. CIV S-07-2344 KJM EFB P

     vs.

R.L. GRIGGS, et al.,                    ORDER RE SETTLEMENT & DISPOSITION

     Defendants.
                                      /

     Pursuant to the representations of counsel and the parties appearing at a Settlement Conference conducted in Courtroom No. 24 on April 7, 2011, the court has determined that the above-captioned case has settled.

     The court now orders that dispositional documents are to be filed not later than August 10, 2011.

     All hearing dates set in this matter are **VACATED.**

     <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

     SO ORDERED.

DATED: April 7, 2011.

                                                 EDMUND F. BRENNAN
                                               UNITED STATES MAGISTRATE JUDGE